IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:13-CR-79-CAR |
|---|---|---|
| vs. | : | VIOLATIONS: 18 U.S.C. § 472 |
| ALLEN JERMAINE JOHNSON, Defendant. | : | |

**THE GRAND JURY CHARGES:**

COUNT ONE
UTTERING COUNTERFEIT OBLIGATIONS OR SECURITIES

That on or about January 8, 2013, in the Macon Division of the Middle District of Georgia, the defendant,

**ALLEN JERMAINE JOHNSON**

with the intent to defraud, did pass to a Flash Foods Store located at 3056 North Columbia Street, Milledgeville, Georgia falsely made, forged and counterfeited obligations of the United States, that is, twenty-one (21) Federal Reserve Notes, in the denomination of one hundred dollars, Series of 2006, to wit:

| | |
|---|---|
| 1) Serial No. DB01624023A, | 15) Serial No. DJ66365389A, |
| 2) Serial No. DB01624025A, | 16) Serial No. DJ66365389A, |
| 3) Serial No. DB12424005A, | 17) Serial No. DJ86365375A, |
| 4) Serial No. DJ86365371A, | 18) Serial No. DJ86365369A, |
| 5) Serial No. DJ86365374A, | 19) Serial No. DB12424011A, |
| 6) Serial No. DB12424003A, | 20) Serial No. DB01624018A, |
| 7) Serial No. DJ66365384A, | 21) Serial No. DB12424008A. |
| 8) Serial No. DB01624032A, | |
| 9) Serial No. DJ86365371A, | |
| 10) Serial No. DB01624030A, | |
| 11) Serial No. DB12424006A, | |
| 12) Serial No. DB01624028A, | |
| 13) Serial No. DB12424012A, | |
| 14) Serial No. FL33324146B, | |

which he then knew to be falsely made, forged, and counterfeited, in violation of Title 18, United States Code, Section 472.

## COUNT TWO
## UTTERING COUNTERFEIT OBLIGATIONS OR SECURITIES

That on or about January 8, 2013, in the Macon Division of the Middle District of Georgia, the defendant,

**ALLEN JERMAINE JOHNSON**

with the intent to defraud, did pass to a Wal-Mart Store located at 2592 North Columbia Street, Milledgeville, Georgia falsely made, forged and counterfeited obligations of the United States, that is, nine (9) Federal Reserve Notes, in the denomination of one hundred dollars, Series of 2006, to wit:

| |
|---|
| 1) Serial No. DB01624028A, |
| 2) Serial No. DB01624031A, |
| 3) Serial No. DB01624030A, |
| 4) Serial No. DB1624033A, |
| 5) Serial No. DB01624029A, |
| 6) Serial No. DB01624022A, |
| 7) Serial No. DB12424007A, |
| 8) Serial No. DB12424013A, |
| 9) Serial No. DB12424014A. |

which he then knew to be falsely made, forged, and counterfeited, in violation of Title 18, United States Code, Section 472.

A TRUE BILL.

_____
s/FOREPERSON OF THE GRAND JURY

PRESENTED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

*/s/ Julia Bowen*
_____
JULIA C. BOWEN
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* ___10th___ *day of* December _____ A.D. __2013__.

_____
Deputy Clerk

A TRUE BILL.

_____
s/FOREPERSON OF THE GRAND JURY

PRESENTED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

_____
JULIA C. BOWEN
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* _____ *day of* December   *A.D.* 2013.

-----------------------------------------------
*Deputy Clerk*