UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA



MINUTE SHEET
OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | 2/25/2016 | Type of Hearing: | Revocation Hearing |
| Judge: | C. Ashley Royal | Court Reporter: | Tammy Fletcher |
| Courtroom Deputy: | Teri L. Hatcher | Law Clerk: | |
| Courtroom: | D | | |

**Case Number: 5:13-CR-79-1 (CAR)**

| | | | |
|---|---|---|---|
| U.S.A. | | Counsel: | Dan Bennett |
| v. | | | |
| Allen Jermaine Johnson | | Counsel: | Catherine Williams |
| Agent/Experts in attendance: | | Mandy LaMotte, USPO<br>Kevin Mason, USPO | |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 14 minutes**

| | |
|---|---|
| 10:43 am | The Court called the case. The Court noted guideline range is 4-10 months based on grade B violations and a criminal history of I. AFD Williams stated that Defendant will admit to the allegations. Defendant confirmed he will admit to the allegations. Defendant confirmed he read the petition. The Court read the allegations in the petition. AFD Williams addressed the Court. Response by AUSA Bennett. The Defendant addressed the Court. The Court found the terms of supervised release have been violated and imposed sentence based on a guideline range of 4 to 10 months, considering a grade B violation and a criminal history category of I. Supervised release is terminated and Defendant is committed to the BOP for 10 months. Appeal information is handed to Defendant and his attorney. |
| 10:57 am | Matter concluded. |